IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, )<br>)<br>            Plaintiff, )<br>)<br>    v. )<br>)<br>ARJUNDER SINGH, d/b/a CIGARETTE )<br>STORE PLUS; JOHN R. MCGRAW, )<br>individually and as Trustee of the )<br>John R. McGraw Family Revocable )<br>Trust under declaration of Trust )<br>Agreement, dated August 26, 2003; )<br>SANDRA L. MCGRAW, individually and )<br>as Trustee of the John R. McGraw )<br>Family Revocable Trust under )<br>declaration of Trust Agreement, )<br>dated August 26, 2003, )<br>)<br>            Defendants. )<br>_____) | 2:08-cv-00470-GEB-JFM<br><br><u>ORDER RE: SETTLEMENT<br>AND DISPOSITION</u> |

On May 15, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action [and] [d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than June 4, 2008.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A failure to

1 file dispositional papers on the date prescribed by the Court may be
2 grounds for sanctions.").

3 The status conference scheduled for June 9, 2008, is reset
4 for hearing on July 7, 2008, at 9:00 a.m., in the event no
5 dispositional document is filed, or if this action is not otherwise
6 dismissed. Further, a joint status report shall be filed fourteen
7 days prior to the status conference.[1]

8 IT IS SO ORDERED.
Dated: May 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2